CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 2 6 2010

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| CURTIS M. KEITH, | ) | Civil Action No. 7:10-cv-00030 |
|    Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DR. MOGEL, et al., | ) | By: Hon. Jackson L. Kiser |
|    Defendants. | ) | Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that the Clerk **SHALL** caption docket entry #8 as Amended Complaint; Jane Doe 1 - Head Nurse of the Greensville Correctional Center Infirmary, Jane Doe 2 - Head Nurse of the Greensville Correctional Center Segregation, Warden Cabell of the Greensville Correctional Center, John Doe 1 - loading officer at the Green Rock Correctional Facility, John Doe 2 - loading officer at the Green Rock Correctional Facility, and Dr. Wang are **ADDED as defendants** to this action; plaintiff's claims against Warden Cabell, Dr. Wang, and both John Doe loading officers are **DISMISSED** for failing to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915A(b)(1); Warden Cabell, Dr. Wang, both John Doe loading officers, C. Baley, and Dr. Wayne are **TERMINATED** as defendants to this action; the Clerk shall **TRANSFER** this matter to the United States District Court for the Eastern District of Virginia, and this action is **STRICKEN** from the active docket of the court.

Plaintiff is **ADVISED** to send all future pleadings relevant to this case to the Clerk's Office for the United States District Court for the Eastern District of Virginia.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the plaintiff.

**ENTER:** This 26th day of May, 2010.

*[signature]*
Senior United States District Judge